**Stacy WINTERS Petitioner-Appellant**

v.

**UNITED STATES of America Respondent-Appellee**

**No. 16-3902**

United States Court of Appeals, Eighth Circuit.

Submitted: June 15, 2017

Filed: June 20, 2017

Neil Fulton, Federal Public Defender, Federal Public Defender's Office, Pierre, SD, for Petitioner-Appellant

Stacy Winters, Pro Se

Kevin Koliner, Assistant U.S. Attorney, U.S. Attorney's Office District of South Dakota, Sioux Falls, SD, for Respondent-Appellee

Before BENTON, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Having received a certificate of appealability from the district court, federal prisoner Stacy Winters directly appeals the district court's[1] denial of his 28 U.S.C. § 2255 motion to vacate his conviction un-

---

1. The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

der 18 U.S.C. § 924(c). His motion was based on <u>Johnson v. United States</u>, —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015). After carefully reviewing the record, as well as the parties' arguments and suggestions on appeal, we affirm. <u>See United States v. Prickett</u>, 839 F.3d 697 (8th Cir. 2016) (per curiam), <u>petition for cert. filed</u> (U.S. Dec. 28, 2016); <u>see also</u> 8th Cir. R. 47B.